UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY DEVELOPMENT GROUP OF IDAHO, LLC, et al., <br><br>  Plaintiff,<br>  vs.<br><br>JACK DRESSEL, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. CV F 10-1989 LJO MJS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 19.) |

Defense counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 22, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the March 24, 2011 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   March 22, 2011**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE