1
2
3
4
5

Donald R. Fischbach #053522
G. Andrew Slater #238126
DOWLING, AARON & KEELER, INC.
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
dfischbach@daklaw.com
aslater@daklaw.com

6
7

Attorneys for Defendants
JACK DRESSEL and JENNY DRESSEL

8

9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11
12
13

EXERGY DEVELOPMENT GROUP OF
IDAHO, LLC, an Idaho limited liability
company; JAMES T. CARKULIS, an
individual residing in the State of Montana,

Case No. 1:10-CV-01989-LJO-MJS

**STIPULATION FOR DISMISSAL OF
ACTION; ORDER**

14

                    Plaintiffs,

vs.

15
16
17

JACK DRESSEL and JENNY DRESSEL, as
husband and wife, individuals residing in the
State of California, and DOES 1-25, inclusive,

                    Defendants.

18

19          IT IS HEREBY STIPULATED by and between Plaintiffs, Exergy Development

20    Group of Idaho, LLC, James T. Carkulis and Defendants, Jack Dressel and Jenny Dressel, the

21    parties to this action, by and through their respective counsels, that pursuant to Fed. R. Civ. P.

22    41(a)(1)(A)(ii), the above-captioned action, including the complaint and counter-claim, be and

23    hereby are dismissed with prejudice in their entirety.

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

1  Dated:     March 30, 2011                    CAPITOL LAW GROUP, PLLC

2

3
                                                By:/s/ ANGELO L. ROSA
4                                                   ANGELO L. ROSA
                                                    Attorneys for Plaintiffs
5                                                   EXERGY  DEVELOPMENT  GROUP  OF
                                                    IDAHO, LLC, and JAMES T. CARKULIS
6

7
   Dated:     March 30, 2011                    DOWLING, AARON & KEELER, INC.
8

9

10                                              By:/s/ DONALD R. FISCHBACH
                                                    DONALD R. FISCHBACH
11                                                  G. ANDREW SLATER
                                                    Attorneys for Defendants
12                                                  JACK DRESSEL and JENNY DRESSEL

13

14                                **ORDER**

15        IT IS HEREBY ORDERED that this action, including the complaint and counter-claim,

16  are dismissed with prejudice in their entirety.

17

18

19

20  IT IS SO ORDERED.

21     Dated:   __**March 30, 2011**__              ___/s/ Lawrence J. O'Neill___
22                                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28
   _____
   *Exergy Development Group of Idaho v. Dressel, et al.*
   STIPULATION FOR DISMISSAL OF ACTION; ORDER
                                    2

